HANNAH R. LABAREE #294338
Attorney-at-Law
1521 Shattuck Ave #9063
Berkeley, CA 94709

Attorney for Defendant
JENNIFER PRADO-FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAMORRO, ET AL,<br><br>Defendant. | Case No. 4:25-cr-393-AMO-1<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:   February 2, 2026<br>Time:   2:00 p.m.<br>Judge:  Hon. Araceli Martínez-Olguín |

    It is hereby stipulated by and between counsel for the United States and counsel for defendants: Johnathan Alexander Chamorro, Galo Horacio Chamorro, Jennifer Prado-Flores, Joao Jose Chamorro, Cheney Libanez Bravo, and Cristian Mendoza-Valencia, that time be excluded under the Speedy Trial Act from February 2, 2026, through March 9, 2026.

    At the initial appearance held on November 14, 2025, the government and counsel for the defendants agreed that time be excluded under the Speedy Trial Act to February 2, 2026 to allow the government to provide its initial discovery production to all defense counsel. The time requested was provided so to allow defense counsel to prepare by conferring on a proposed protective order and by reviewing the discovery once produced.

    The parties agreed upon and filed a protective order on December 4, 2025. CR 51. In the interim, the government has been in communication with defense counsel regarding discovery production. It produced its initial batch of discovery on January 9, 2026, amounting to 5.31

gigabytes. The government estimates that the next batch of discovery will amount to approximately the same size. Counsel requires time to review these materials alone and with their respective clients. Further, three of the defendants reside outside of the Northern District of California and review of the discovery poses additional challenges because of the distance and need to coordinate discovery review with these clients.

For this reason, the parties stipulate and agree that excluding time until March 9, 2026 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from February 2, 2026 through March 9, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Undersigned counsel certifies that she has obtained approval from all other counsel to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

DATED: January 22, 2026                          /s/ *Sophia Cooper*
                                                 SOPHIA COOPER
                                                 Assistant United States Attorney

DATED: January 22, 2026

                                                 s/ *K. Alexandra McClure*
                                                 K. ALEXANDRA MCCLURE
                                                 Counsel for Defendant JOHNATHAN
                                                 ALEXANDER CHAMORRO

                                                 /s/ *Joyce Leavitt*
                                                 JOYCE LEAVITT
                                                 Counsel for Defendant GALO HORACIO
                                                 CHAMORRO

                                                 /s/ *Hannah Labaree*
                                                 HANNAH LABAREE
                                                 Counsel for Defendant JENNIFER PRADO-
                                                 FLORES

                                                 /s/ *Philip Allen Schnayerson*
                                                 PHILIP ALLEN SCHNAYERSON

| | |
|---|---|
| 1 | Counsel for Defendant JOAO JOSE CHAMORRO |
| 2 | |
| 3 | /s/ *Richard Tamor*<br>RICHARD TAMOR |
| 4 | Counsel for Defendant CHENEY LIBANEZ BRAVO |
| 5 | |
| 6 | /s/ *Matthew Carter Dirkes*<br>MATTHEW CARTER DIRKES |
| 7 | Counsel for Defendant CRISTIAN MENDOZA-VALENCIA |

-3-

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Magistrate Court on November 14, 2025, and for good cause shown, the Court finds that failing to exclude the time from February 2, 2026 through March 9, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 2, 2026 to March 9, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 2, 2026 through March 9, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED.**

DATED: _____

_____
ARACELI MARTÍNEZ-OLGUÍN
United States District Judge